✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Daniel Aguilar, Roberto Solorio, Ricardo Estrada | Case Number: 04-1732-CBS |

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Peabody | DEFENDANT'S ATTORNEY<br>Entine, Fried, Weinstein |
|---|---|---|
| TRIAL DATE (S)<br>5/24/04 | COURT REPORTER<br>2:36 p | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 5/24/04 | | | Agent Jean Drouin |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 5/24/04 | X | X | Complaint and Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages