

# MEMORANDUM

**To:** Honorable Charles B. Swartwood, U.S. Magistrate Judge

**From:** September-Lee Brown, U.S. Pretrial Services Officer (SLB)

**Re:** SOLORIO, Roberto
CR#04-1732-002

**Date:** June 16, 2004

On June 1, 2004, Mr. Roberto Solorio appeared before Your Honor after being charged in a Complaint with Conspiracy to Possess with Intent to Distribute Cocaine in violation of Title 21, U.S.C., Section 846. At that time, Mr. Solorio was released on a $25,000 unsecured bond and restrictive conditions.

One of the defendant's conditions of release is a travel restriction to the line of San Jose, CA and to the District of Massachusetts for Court and Attorney visits only.

On June 15, 20004, USPSO Phil Davis, Eastern District of California, Sacramento, Pretrial Services Office, contacted this officer concerning the above mentioned conditions. USPSO Davis advised that this condition was impossible for him to monitor because Sacramento, CA., was no where near San Jose, CA. He requested an amended Order from the Court be issued which would allow the defendant to travel within the Eastern District of California and to the District of Massachusetts for Court and attorney visits only.

6-16-04 / I am amending Mr. Solorio's conditions of release to allow Travel within the Eastern Dist. of Calif. and the Dist. of Mass. for court and attorney visits only. All other aspects of release shall remain in force or effect. If either party objects to this modification of Mr. Solorio's release, they ok'd notify my clerk in writing and I'll schedule a hearing. — [signature], M.J.